UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JESUS CASTILLO-VIZCARRA,

                                    Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, CHRISTOPHER J. LAROSE, Warden of OMDC,

                                    Respondents.

Case No.: 3:26-cv-2581-JES-VET

**ORDER GRANTING BOND HEARING**

**[ECF No. 1]**

Before the Court is Petitioner Jesus Castillo-Vizcarra's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 5. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SS S-BFM, --

1

- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS** the petition as follows:

(1)   The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order. At the hearing, Respondents must provide Petitioner with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)   Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

   **IT IS SO ORDERED.**

Dated: May 4, 2026

Honorable James E. Simmons Jr.
United States District Judge